**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEITH M. NIGRO, | : | Civil No. 1:19-CV-02000 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA HIGHER | : | |
| EDUCATION ASSISTANCE | : | |
| AGENCY, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 8th day of September, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendant's motion to dismiss (Doc. 12) is **GRANTED**.

2. Plaintiff's unjust enrichment claim, Plaintiff's claim under the Consumer Financial Protection Act, and Plaintiff's claim under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's claim under the Unfair Trade Practices and Consumer Protection Law is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff shall file an amended complaint in accordance with this order and the accompanying memorandum within twenty-one days of the date of this order.

5.  If Plaintiff fails to file an amended complaint by the above date, the Clerk of

   Court shall be directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
